## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Sherry Jankowski, | Civil No. 18-3466 (SRN/BRT) |
| Plaintiff, | **ORDER** |
| v. | |
| TRS Recovery Services, Inc., | |
| Defendant. | |

---

Based upon the Plaintiff's Notice of Voluntary Dismissal [Doc. No. 7], **IT IS HEREBY ORDERED**, that Plaintiff's claims against the Defendant are hereby **DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: March 27, 2019

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge